JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE W. MAY, | Case No. 8:19-cv-0798-JLS-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KUSHCO HOLDINGS, INC., ET AL., | |
| Defendant. | |

The Court, having granted Defendants' Motion to Dismiss with leave to amend, (Doc. 98), and Plaintiffs having filed a Notice of Intent Not to File a Second Amended Complaint (Doc. 99), it is HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. *See Edwards v. Marin Park, Inc.,* 356 F.3d 1058, 1065 (9th Cir. 2004).

DATE:_ November 02, 2020

_____
HON. JOSEPHINE L. STATON
U.S. DISTRICT COURT JUDGE